UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Petition of Dalia Genger, as Trustee of The Orly Genger 1993 Trust Established on Dec. 13, 1993 by Arie Genger, grantor.

Dalia Genger, trustee of the Orly Genger 1993 Trust,

                Petitioner,

    v.

Orly Genger, Arie Genger, Glenclova Investment Company, TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Trans-Resources, Inc., Arnold Broser, David Broser, John Does 1-20, and Jane Does 1-20,

                Respondents.

DOCKET NO. 19-cv-9365

N.Y. County Surrogate Court
Index No. 2008-0017/E

**PETITIONER'S STATEMENT PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 9027(E)(3)**

1. Petitioner, Dalia Genger ("Dalia"), by her counsel, in opposition to the Notice of Removal filed by the Bankruptcy Trustee for the bankruptcy estate of respondent Orly Genger, dated October 9, 2019, and pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), hereby states that she does not consent to removal to this Court, and does not consent to the entry of final orders or judgment by this Court.

2. Further, Dalia does not consent to the proposed (also by the Bankruptcy Trustee) transfer of this case to the U.S. District Court for the Western District of Texas, nor to the entry of final orders or judgment by such court.

3. On or about June 14, 2016, Dalia, as then trustee of the Orly Genger 1993 Trust (the "Orly Trust"), commenced the underlying proceeding in the New York County Surrogate's Court, seeking the turnover of certain assets belonging to the Orly Trust. There are several motions, including those brought by Respondents, sub judice in the Surrogate's Court.

1

4. In June 2019, Dalia resigned as Trustee of the Orly Trust, and substituted Michael Oldner as the new Trustee.

5. As there may be a dispute over the validity of her resignation and the appointment of the substituted Trustee, *see* ECF Doc. No. 1, <u>Notice of Removal</u>, dated October 9, 2019, fn. 1, Dalia is filing this statement of no consent protectively, in order to preserve the objections of the Trustee to the removal of the underlying proceeding.

6. And to the extent that this Court or the Surrogate's Court considers Dalia or her counsel as still representing the 'office of the trustee' (collectively "Office") of the Orly Trust, the Office, in opposition to the Notice of Removal filed by the Bankruptcy Trustee for the bankruptcy estate of respondent Orly Genger, dated October 9, 2019, and pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), does not consent to removal to this Court, and does not consent to the entry of final orders or judgment by this Court and does not consent to the proposed (also by the Bankruptcy Trustee) transfer of this case to the U.S. District Court for the Western District of Texas, nor to the entry of final orders or judgment by such court.

7. Neither Dalia nor the Office is waiving any rights by filing this Rule 9027(e)(3) statement, including but not limited to the right to seek abstention, remand, withdrawal of the reference, or any other claim, right, or action.

Dated: New City, New York
October 15, 2019

          /s/                 
Judith Bachman, Esq.
THE BACHMAN LAW FIRM PLLC
Attorneys for Petitioner, Dalia Genger
365 S. Main Street, 2nd Floor
New City, New York 10956
(845) 639-3210

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 16, 2019, the foregoing document was served upon each of the counsel to the parties to the New York Surrogate's Court action, at the last known address set forth below, by (i) depositing one (1) true and correct copy of the same, enclosed in a postpaid, properly addressed wrapper, in an official depository of the United States Postal Service within New York State and (ii) via e-filing the foregoing document with this Court.

Andrew R. Kurland, Esq.  
Michael Paul Bowen, Esq.  
Kasowitz Benson Torres LLP  
Counsel to the Bankruptcy Trustee  
1633 Broadway  
New York, New York 10019  

Spencer L. Schneider, Esq.  
Counsel to Michael Oldner  
39 Broadway, 32nd Floor  
New York, New York 10006  

John Boyle, Esq.  
Counsel to Respondents  
Skadden, Arps, Slate, Meagher & Flom LLP  
4 Times Square  
New York, New York 10036  

John Dellaportas, Esq.  
Emmet Marvin & Martin LLP  
Counsel to Sagi Genger 1993 Trust & Sagi Genger  
120 Broadway, 32nd Floor  
New York, New York 10271  

Chris Gartman, Esq.  
Counsel to Arnold Broser and David Broser  
1 Battery Park Plaza  
New York, New York 10004  

Gerald Greenberg, Esq.  
Gelber Schachter & Greenberg  
Counsel to Arie Genger  
1221 Brickell Avenue, Suite 2010  
Miami, FL 33131  

_____/s/_____  
Judith Bachman, Esq.