UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of DALIA GENGER, as Trustee of the Orly Genger 1993 Trust Established on Dec.13, 1993 by Arie Genger, grantor. | SDNY Case No. 19-cv-9365 (UA) |

Dalia Genger, trustee of The Orly Genger 1993 Trust,

      Petitioner,

      - against -

N.Y. Cty. Surrogate's Court File No.: 2008-0017/E

Orly Genger, Arie Genger, Glenclova Investment Company, TR Investors, LLC, New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc., Arnold Broser, David Broser, John Does 1-20, and Jane Does 1-20,

      Respondents.

## <u>STATEMENT UPON REMOVAL</u>

      Pursuant to Rule 9027(e)(3), The Orly Genger 1993 Trust does not consent to entry of final orders or judgment by a United States Bankruptcy Judge.

      The Orly Genger 1993 Trust will file a motion to remand this matter to Surrogate's Court and will oppose any motion to transfer to the Western District of Texas.

Dated: October 22, 2019
      New York, NY

Respectfully submitted,

POLLOCK COHEN LLP

By:   */s/ Adam Pollock*
    Adam Pollock
60 Broad St., 24th Fl.
New York, NY 10004
(212) 337-5361
Adam@PollockCohen.com
*Attorneys for The Orly Genger 1993 Trust, through Michael Oldner, Trustee*

1

To (via USPS First Class Mail):

     Andrew R. Kurland, Esq.
     Michael Paul Bowen, Esq.
     Kasowitz Benson Torres LLP
     1633 Broadway
     New York, NY 10019
     *Counsel to the Bankruptcy Trustee*

     John Dellaportas, Esq.
     Emmet Marvin & Martin LLP
     120 Broadway, 32nd Floor
     New York, NY  10271
     *Counsel to Sagi Genger 1993 Trust & Sagi Genger*

     Steven Riker, Esq.
     Law Office of Steven Riker
     One Grand Central Place, 46th Floor
     New York, NY 10165
     *Guardian Ad Litem*

     Chris Gartman, Esq.
     Hughes Hubbard & Reed LLP
     One Battery Park Plaza, 16th Floor
     New York, NY 10004
     *Counsel to Arnold Broser and David Broser*

     Natalie Bedoya McGinn, Esq.
     Gerald Greenberg, Esq.
     Gelber Schachter & Greenberg, P.A.
     1221 Brickell Avenue, Suite 2010
     Miami, FL 33131
     *Counsel to Arie Genger*

     John Boyle, Esq.
     Skadden, Arps, Slate, Meagher & Flom LLP
     4 Times Square
     New York, NY 10036
     *Counsel to Glenclova Investment Company, TR Investors, LLC,*
     *New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc.*