UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of DALIA GENGER, as Trustee of the Orly Genger 1993 Trust Established on Dec.13, 1993 by Arie Genger, grantor. | SDNY Case No. 19-cv-9365 (UA) |
| Dalia Genger, trustee of The Orly Genger 1993 Trust, Petitioner, - against - Orly Genger, Arie Genger, Glenclova Investment Company, TR Investors, LLC, New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc., Arnold Broser, David Broser, John Does 1-20, and Jane Does 1-20, Respondents. | N.Y. Cty. Surrogate's Court File No.: 2008-0017/E |

## **OPPOSITION TO MOTION TO TRANSFER**

The motion to transfer this matter to the United States Bankruptcy Court for the Western District of Texas is moot because that court has transferred the pending bankruptcy action to the Southern District of New York.

Specifically, on October 9, 2019, the Western District of Texas Bankruptcy Trustee (through counsel) had removed this matter from Surrogate's Court to the Southern District of New York. (Dkt. no. 1.) Then, on October 22, 2019, the Trustee filed the instant motion to transfer the matter to Texas. (Dkt. no. 6.)

Meanwhile, there was a motion pending in Texas to transfer venue to the Southern District of New York (Bankr. W.D.Tx., No. 19-10926, dkt. #129), which was granted yesterday, November 5, 2019. In light of the Texas court's ruling, the instant motion to transfer is moot. Counsel to the W.D. Tex. Bankruptcy Trustee has since indicated that such motions to transfer

1

would be withdrawn from this proceeding, as well as the related proceeding, *Genger v. Genger*, Case No. 1:19-cv-9319 (AKH) (S.D.N.Y.).

Furthermore, as will be detailed in the undersigned's forthcoming motion to remand, these petitions should be returned to the New York Surrogate's Court.

Dated: November 6, 2019  　　　　　　　　　　Respectfully submitted,
　　　　New York, NY

　　　　　　　　　　　　　　　　　　　　　　POLLOCK COHEN LLP

　　　　　　　　　　　　　　　　　　　　　　By: /s/ *Adam Pollock*
　　　　　　　　　　　　　　　　　　　　　　　　Adam Pollock
　　　　　　　　　　　　　　　　　　　　　　60 Broad St., 24th Fl.
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10004
　　　　　　　　　　　　　　　　　　　　　　(212) 337-5361
　　　　　　　　　　　　　　　　　　　　　　Adam@PollockCohen.com
　　　　　　　　　　　　　　　　　　　　　　*Attorneys for The Orly Genger 1993 Trust,*
　　　　　　　　　　　　　　　　　　　　　　*through Michael Oldner, Trustee*

To (via ECF):

    Michael Paul Bowen, Esq.
    Kasowitz Benson Torres LLP
    1633 Broadway
    New York, NY 10019
    *Counsel to the former Bankruptcy Trustee*

To (via email):

    Andrew R. Kurland, Esq.
    Kasowitz Benson Torres LLP
    1633 Broadway
    New York, NY 10019
    *Counsel to the former Bankruptcy Trustee*

    John Dellaportas, Esq.
    Emmet Marvin & Martin LLP
    120 Broadway, 32nd Floor
    New York, NY 10271
    *Counsel to Sagi Genger 1993 Trust & Sagi Genger*

    Steven Riker, Esq.
    Law Office of Steven Riker
    One Grand Central Place, 46th Floor
    New York, NY 10165
    *Guardian Ad Litem*

    Chris Gartman, Esq.
    Hughes Hubbard & Reed LLP
    One Battery Park Plaza, 16th Floor
    New York, NY 10004
    *Counsel to Arnold Broser and David Broser*

    Natalie Bedoya McGinn, Esq.
    Gerald Greenberg, Esq.
    Gelber Schachter & Greenberg, P.A.
    1221 Brickell Avenue, Suite 2010
    Miami, FL 33131
    *Counsel to Arie Genger*

    John Boyle, Esq.
    Skadden, Arps, Slate, Meagher & Flom LLP
    4 Times Square
    New York, NY 10036
    *Counsel to Glenclova Investment Company, TR Investors, LLC,*
    *New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc.*