UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In the Petition of DALIA GENGER, as Trustee of the Orly Genger 1993 Trust Established on Dec.13, 1993 by Arie Genger, grantor.

Dalia Genger, trustee of the Orly Genger 1993 Trust,

    Petitioner,

v.

Orly Genger, Arie Genger, Glenclova Investment Company, TR Investors, LLC, New TR Equity I, LLC, New TR Equity II, LLC, Trans-Resources, Inc., Arnold Broser, David Broser, John Does 1-20, and Jane Does 1-20,

    Respondents.

Case No. 19-cv-9365 (AKH)

N.Y. Cty. Surrogate's Court File No.: 2008-0017/E

---

**NOTICE OF MOTION TO REMAND**

PLEASE TAKE NOTICE that Michael Oldner, in his capacity as the trustee of The Orly Genger 1993 Trust, by and through his counsel, will move this Court, the U.S. District Court for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, at a time and date to be determined by the Court, for an Order remanding these proceedings back to the New York Surrogate's Court.

The Trustee's motion is based on the following grounds: (1) the mootness doctrine, i.e., a lack of standing by the former Chapter 7 Trustee Ron Satija to maintain this action; (2) mandatory abstention principles, pursuant to 28 U.S.C. § 1334(c)(2); and (3) discretionary abstention principles, pursuant to 28 U.S.C. § 1334(c)(1)).

This motion will be further based on this Notice, the Trustee's accompanying Memorandum of Law, the papers and briefs submitted in this action to date, including the

related case *Genger v. Genger et al.*, Case No. 1:19-cv-09319 (S.D.N.Y.) (AKH), and such other oral and documentary evidence that may later be submitted to this Court.

| | |
|---|---|
| Dated: November 8, 2019<br>New York, NY | POLLOCK COHEN LLP<br><br>By: /s/ *Adam Pollock*<br>    Christopher K. Leung<br>    Adam L. Pollock<br>60 Broad St., 24th Floor<br>New York, NY  10004<br>Chris@PollockCohen.com<br>Adam@PollockCohen.com<br>Phone: (212) 337-5361<br><br>*Attorneys for Michael Oldner, Trustee of the Orly Genger 1993 Trust* |

To (via ECF):

Michael Paul Bowen, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
*Counsel to the former Bankruptcy Trustee;*
*Counsel for Orly Genger, debtor;*
*Counsel for Arie Genger, creditor; and*
*Counsel for Kasowitz Benson Torres LLP, creditor*

To (via email and U.S. Mail):

Andrew R. Kurland, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
*Counsel to the former Bankruptcy Trustee;*
*Counsel for Orly Genger, debtor;*
*Counsel for Arie Genger, creditor; and*
*Counsel for Kasowitz Benson Torres LLP, creditor*

John Dellaportas, Esq.
Emmet Marvin & Martin LLP
120 Broadway, 32nd Floor
New York, NY 10271
*Counsel to Sagi Genger 1993 Trust & Sagi Genger*

Steven Riker, Esq.
Law Office of Steven Riker
One Grand Central Place, 46th Floor
New York, NY 10165
*Guardian Ad Litem*

Chris Gartman, Esq.
Hughes Hubbard & Reed LLP
One Battery Park Plaza, 16th Floor
New York, NY 10004
*Counsel to Arnold Broser and David Broser*

Natalie Bedoya McGinn, Esq.
Gerald Greenberg, Esq.
Gelber Schachter & Greenberg, P.A.
1221 Brickell Avenue, Suite 2010
Miami, FL 33131
*Counsel to Arie Genger*

John Boyle, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, NY 10036
*Counsel to Glenclova Investment Company, TR Investors, LLC,*
*New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc.*