UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Petition of Dalia Genger, as Trustee of The Orly Genger 1993 Trust Established on Dec. 13, 1993 by Arie Genger, grantor. | DOCKET NO. 19-cv-9365 |
| Dalia Genger, trustee of the Orly Genger 1993 Trust, <br><br> Petitioner, <br><br> v. <br><br> Orly Genger, Arie Genger, Glenclova Investment Company, TR Investors, LLC, New TR Equtiy I, LLC, New TR Equity II, LLC, Trans-Resources, Inc., Arnold Broser, David Broser, John Does 1-20, and Jane Does 1-20, <br><br> Respondents. | N.Y. County Surrogate Court Index No. 2008-0017/E <br><br><br> **NOTICE OF APPEARANCE** |

Please take notice of our appearance in the above-captioned matter on behalf of Petitioner, Dalia Genger.

I certify that I am admitted to practice before the Courts of New York State, and the United States District Court, Southern District of New York and am in good standing.

Dated: November 21, 2019
         New City, New York

                                              The Bachman Law Firm PLLC

                                              _____/s/_____
                                              Judith Bachman, Esq.

                                              Attorneys for Petitioner
                                              Dalia Genger

                                              365 S. Main Street, 2nd Floor
                                              New City, New York 10956
                                              845-639-3210
                                              jlbesq_99@yahoo.com