# POLLOCK | COHEN LLP

### 60 BROAD STREET, 24TH FLOOR
### NEW YORK, NEW YORK 10004
### (212) 337-5361

CONTACT:
Adam Pollock
Adam@PollockCohen.com
(646) 290-7251

December 23, 2019

**VIA ECF & FACSIMILE**
Hon. Alvin K. Hellerstein
U.S. District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007
*fax:* (212) 805-7942

Re: *In the Matter of the Application of Orly Genger*, No. 19-cv-9319 (AKH)
*In the Matter of the Petition of Dalia Genger*, No. 19-cv-9365 (AKH)

Dear Judge Hellerstein:

We represent the Orly Genger 1993 Trust, through Michael Oldner, Trustee and write with respect to my letter filed earlier today in the above-referenced matters. (ECF No. 20 in 19-cv-9319; ECF No. 19 in 19-cv-9365.)

Following our filing, Michael Paul Bowen of Kasowitz Benson Torres LLP asked me to write "immediately" to the Court to correct the cc line in our previous letter. Specifically, Mr. Bowen has indicated that he and his law firm do not represent Arie Genger in the above-referenced matters.

We appreciate the Court's consideration in this matter.

Respectfully submitted,

 /s/ *Adam Pollock*

Adam Pollock

Hon. Alvin K. Hellerstein
December 23, 2019
Page 2 of 2


cc (via email):

      Rocco A. Cavaliere, Esq.

      Andrew R. Kurland, Esq.

      Steven Riker, Esq.

      Chris Gartman, Esq.

      Natalie Bedoya McGinn, Esq.

      John Boyle, Esq.

cc (via ECF):

      Michael Paul Bowen, Esq.

      Judith Bachman, Esq.

      John Dellaportas, Esq.

POLLOCK | COHEN LLP