# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Orly Genger                                                     Bankruptcy Case No.: 19–13895–jlg

Dalia Genger trustee of the Orly Genger 1993 Trust
Orly Genger 1993 Trust

                                        Plaintiff(s),

–against–                                                                                      Adversary Proceeding No. 20–01188–jlg

Orly Genger
Arie Genger
Glenclova Investment Company
TR Investors, LLC
New TR Equtiy I, LLC
New TR Equity II, LLC
Trans–Resources, Inc.
Arnold Broser
David Broser
Jane Doe1–20
John Doe1–20
Deborah PiazzaSuccessor Chapter 7 Trustee of the bankruptcy estate of Orly Genger

                                        Defendant(s)

## NOTICE OF PRE–TRIAL CONFERENCE FOR A REMOVED MATTER

On June 20, 2020, state court litigation that had been removed to the federal District Court was opened as an adversary proceeding on the Bankruptcy Court's CM/ECF System. The name and number of this adversary proceeding appear in the caption above, along with the name and number of the bankruptcy case to which the adversary proceeding relates.

Please note that the pre–trial conference for this adversary proceeding will be held on 8/12/20 at 10:00 AM in Courtroom Courtroom 601 (JLG), One Bowling Green, New York, NY 10004–1408.


Dated: June 23, 2020                                                     /s/ Vito Genna

                                                                         *Clerk of the Court*